UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Plaintiff,<br><br>v.<br><br>KINGS COUNTY SHERIFF, et al.,<br><br>Defendants. | No. 1:22-cv-00222-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 5) |

The assigned magistrate judge issued findings and recommendations recommending that (1) plaintiff's complaint (Doc. 1) be dismissed with prejudice as frivolous or for failing to plausibly state a claim; (2) plaintiff's application to proceed in forma pauperis (Doc. 2) be denied; and (3) plaintiff's additional motions (Docs. 3 and 4) be denied as moot. (Doc. 5.) The Court served the findings and recommendations on plaintiff. (*Id.*) Plaintiff filed objections on March 16, 2022. (Doc. 6.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections provide no basis for rejecting the magistrate judge's findings and recommendations. Accordingly,

    1.     The findings and recommendations issued on March 2, 2022 (Doc. 5) are adopted

1

1 | in full;
2 | 2. Plaintiff's complaint (Doc. 1) is dismissed with prejudice as frivolous and for failing to state a claim.
3 | 3. Plaintiff's application to proceed in forma pauperis (Doc. 2) is denied.
4 | 4. Plaintiff's additional motions (Docs. 3 and 4) are denied as moot; and
5 | 5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 18, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE